**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHEN P. GOTT on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>UBS FINANCIAL SERVICES INC., RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, MICHAEL L. AINSLIE, JOHN F. AKERS, ROGER S. BERLIND, THOMAS H. CRUIKSHANK, MASRSHA JOHNSON EVANS, SIR CHRISTOPHER GENT, ROLAND A HERNANDEZ, HENRY KAUFMAN and JOHN D. MACOMBER,<br><br>   Defendants. | NO. 08-CV-9578 (LAK)<br><br>JURY TRIAL DEMANDED<br><br>**DECLARATION OF ANDREW S. FRIEDMAN IN SUPPORT OF THE BRENZEL-MATHESON GROUP'S MOTION TO CONSOLIDATE CASES, FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS** |

  I, Andrew S. Friedman, hereby declare as follows:

  1. I am a founding member of the firm Bonnett, Fairbourn, Friedman & Balint, P.C. ("BFFB"). I am a member in good standing of the bar of the State of Arizona and the United States District Court for the District of Arizona. I submit this declaration in support of Proposed Lead Plaintiffs MJB Living Trust dated February 12, 2002 (co-trustees Mark and Joy Brenzel), Michelle Matheson, David Matheson, The Ray Revocable Trust dated November 2, 2004 (co-trustees D. Dean and J. Natalie Ray), Shea-Edwards Limited Partnership, and The Zahniser Trust's (trustee Sean Zahniser) (collectively, "the Brenzel-Matheson Group") motion for consolidation and to be appointed as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and for approval of their

selection of the law firms of Bonnett, Fairbourn, Friedman & Balint, P.C. ("BFFB") and Tiffany & Bosco, P.A. ("T&B") as Lead Counsel for the Class.

2. Attached as Exhibits A-J are true and correct copies of the following documents:

<dl>
Exhibit A: Certification of The MJB Living Trust, including attached Schedule of Transactions;

Exhibit B: Declaration of The MJB Living Trust in Support of the Brenzel-Matheson Group's Motion to Consolidate Related Actions: to be Appointed Lead Plaintiff; and to Approve Proposed Lead Plaintiff's Choice of Counsel;

Exhibit C: Certification of Michelle Matheson, including attached Schedule of Transactions;

Exhibit D: Declaration of Michelle Matheson in Support of the Brenzel-Matheson Group's Motion to Consolidate Related Actions: to be Appointed Lead Plaintiff; and to Approve Proposed Lead Plaintiff's Choice of Counsel;

Exhibit E: Certification of David Matheson, including attached Schedule of Transactions;

Exhibit F: Declaration of David Matheson in Support of the Brenzel-Matheson Group's Motion to Consolidate Related Actions: to be Appointed Lead Plaintiff; and to Approve Proposed Lead Plaintiff's Choice of Counsel;

Exhibit G: Certification of The Ray Revocable Trust, including attached Schedule of Transactions;

Exhibit H: Declaration of The Ray Revocable Trust in Support of the Brenzel-Matheson Group's Motion to Consolidate Related Actions: to be Appointed Lead Plaintiff; and to Approve Proposed Lead Plaintiff's Choice of Counsel;

Exhibit I: Certification of Shea-Edwards Limited Partnership, including attached Schedule of Transactions;

Exhibit J: Declaration of Shea-Edwards Limited Partnership in Support of the Brenzel-Matheson Group's Motion to Consolidate Related
</dl>

|  |  |
|---|---|
|  | Actions: to be Appointed Lead Plaintiff; and to Approve Proposed Lead Plaintiff's Choice of Counsel; |
| Exhibit K: | Certification of The Zahniser Trust, including attached Schedule of Transactions; |
| Exhibit L**:** | Declaration of The Zahniser Trust in Support of the Brenzel-Matheson Group's Motion to Consolidate Related Actions: to be Appointed Lead Plaintiff; and to Approve Proposed Lead Plaintiff's Choice of Counsel; |
| Exhibit M: | Firm Resume of Bonnett, Fairbourn, Friedman & Balint, P.C. |
| Exhibit N: | Firm Resume of Tiffany & Bosco, P.A. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of January, 2009.

/s/ Andrew S. Friedman
Andrew S. Friedman